# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**March 19, 2013**

| CAAP–11–00 00670 | State v. Cantrell | Affirmed |
|---|---|---|

**April 22, 2013**

| CAAP–12–00 00099 | County of Hawaiʻi v. H. Kimura Store, Inc. | Affirmed |
|---|---|---|

**April 25, 2013**

| 30114 | McCully Associates v. Ten Grand Associates | Affirmed |
|---|---|---|

**April 26, 2013**

| CAAP–12–00 00106 | State v. Nakano | Vacated and Remanded |
|---|---|---|

**April 30, 2013**

| CAAP–12–00 00368 | Federal Home Loan Mortg. Corp. v. Griep | Affirmed |
|---|---|---|
| 30065 | Imamoto v. Kahi Mohala Hosp. | Affirmed |
| CAAP–11–00 00374 | State v. Amiral | Affirmed |
| 29794, 29795, 29796 | State v. Armitage; State v. Kahookele; State v. Noa | Affirmed |
| CAAP–12–00 00170 | State v. Pieper | Affirmed |
| CAAP–11–00 00754 | State v. Tupito | Affirmed |
| 29905 | Wells Fargo Bank, N.A. v. Himalaya-Fidele | Affirmed |